UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID TINNELL** | * | **CIVIL ACTION NUMBER:  12-2595** |
| **VERSUS** | * | **SECTION:  B (2)** |
| **ARIES MARINE CORPORATION** | * | **JUDGE IVAN L. R. LEMELLE** |
| | * | **MAGISTRATE JUDGE WILKINSON** |

## JOINT MOTION TO DISMISS AND TO APPROVE SETTLEMENT

David Tinnell (Tinnell or Plaintiff) and Aries Marine Corporation (Aries or Defendant) move this Honorable Court for an order approving the settlement of all claims and dismissing this lawsuit.  In support of this motion, the Parties respectfully represent as follows:

1.

On October 25, 2012, Plaintiff, David Tinnell, individually and on behalf of other similarly situated plaintiffs,  filed a lawsuit against Defendant, alleging violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.,* in the United States District Court for the Eastern District of Louisiana.

2.

Plaintiffs allege that Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), by failing to properly pay overtime and other wages.  Defendant denies the allegations of the Complaint, has denied liability or wrongdoing, and has asserted certain affirmative defenses.   No steps have been taken to certify this case as a collective action.

3324528.1

3.

The Parties engaged in written discovery, and the deposition of Plaintiff and a corporate representative were taken. In addition to the discovery undertaken in this matter, counsel for Plaintiff and Defendant have devoted significant amounts of time and effort into legal research and factual investigation into the claims of the Plaintiff and defenses of the Defendant.

4.

The Parties have reached an agreement to settle the case, the settlement and release agreement has been presented to Plaintiff by Plaintiffs' counsel. Plaintiff has accepted the settlement amounts and the terms of settlement and release agreement and has executed a Confidential Acknowledgment Agreement and Release on September 13, 2013 with advice and approval of his counsel.

5.

The Parties represent to the Court that the settlement amount paid to Plaintiff represents full and fair payment for all claims being released, including all claims under the FLSA, taking into account the length of his employment, factors related to his employment, and the complexity and uncertainty of the facts related to his claims, as well as the relative strength of his claims. Plaintiff represents and warrants that amount he has received represents full and fair compensation for alleged unpaid wages, liquidated damages, and any other legally recognized category of relief available for the claims asserted in the Complaints.

6.

The Parties submit that this settlement promotes both judicial economy and the public good. By reaching this fair and equitable settlement, the Court will not be compelled to devote substantial time required to litigate a FLSA case where the facts are fully contested and the claims and applicable law, including exemptions, are in dispute by all parties.

7.

For the foregoing reasons, the Parties respectfully request that this Court enter an order approving the settlement of the case and dismissing this lawsuit with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request the relief prayed for herein.

Respectfully submitted,

By: *s/Michael T. Tusa, Jr.*
  Michael T. Tusa, Jr. (LA #02154)
  SUTTON & ALKER
  4080 Lonesome Road, Suite A
  Mandeville, LA  70448
  Telephone:  (985) 727-7501
  Facsimile:  (985) 727-7505
  Email:  mtusa@sutton-alker.com

By: *s/Philip Bohrer*
  Philip Bohrer (LA #14089)
  BOHRER LAW FIRM, L.L.C.
  8712 Jefferson Highway, Suite B
  Baton Rouge, LA  70809
  Telephone:  (225) 925-5297
  Facsimile:  (225) 231-7000
  Email:  phil@bohrerlaw.com
ATTORNEYS FOR PLAINTIFF,
DAVID TINNEL

Respectfully submitted,

ONEBANE LAW FIRM

BY: *s/Douglas W. Truxillo*
    Douglas W. Truxillo (LA #12937)
    1200 Camellia Boulevard, Suite 300
    Lafayette, Louisiana 70508
    Post Office Box 3507
    Lafayette, LA  70502-3507
    Telephone:  (337) 237-2660
    Facsimile:  (337) 266-1232
    Email:  truxillod@onebane.com

BY: *s/Maria Fabre Manuel*
    Maria Fabre Manuel (LA #24540)
    1200 Camellia Boulevard, Suite 300
    Lafayette, Louisiana 70508
    Post Office Box 3507
    Lafayette, LA  70502-3507
    Telephone:  (337) 237-2660
    Facsimile:  (337) 266-1232
    Email:  manuelm@onebane.com

ATTORNEYS FOR DEFENDANT,
ARIES MARINE CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that an original of the foregoing has been forwarded by Electronic Notice as allowed by law and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed to all counsel of record

This 13th day of September, 2013 in Lafayette, Louisiana.

   *s/ Douglas W. Truxillo*
   DOUGLAS W. TRUXILLO

3324528.1