# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID TINNELL** | * | **CIVIL ACTION NUMBER: 12-2595** |
| **VERSUS** | * | **SECTION: B (2)** |
| **ARIES MARINE CORPORATION** | * | **JUDGE IVAN L. R. LEMELLE** |
| | * | **MAGISTRATE JUDGE WILKINSON** |

## ORDER

Based on the foregoing Joint Motion to Dismiss and to Approve Settlement (Rec. Doc. No 13),

IT IS HEREBY ORDERED that the settlement is approved and the case is dismissed with prejudice.

This 16th day of September, 2013, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE